USDC SCAN INDEX SHEET

















JMJ    8/22/06    16:36

3:06-CR-01805   USA V. FERNANDEZ

*1*

*CRINFO.*

ORIGINAL

FILED
AUG 1 6 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06CR1805-BTM |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | |
| MARTIN FERNANDEZ, | 18 U.S.C. § 641 -- Theft of Government Property |
| Defendant. | |

The United States Attorney charges:

1.  Mildred J. Fernandez was lawful recipient of Social Security retirement benefits until her death in 1995.

2.  Defendant MARTIN FERNANDEZ was Mildred J. Fernandez's husband until her death.

3.  Defendant MARTIN FERNANDEZ had no independent legal entitlement to his wife's Social Security Benefits.

4.  Mildred J. Fernandez died on November 24, 1995. Her Social Security benefits continued to be deposited into a joint account she held with defendant MARTIN FERNANDEZ until May, 2004.

5.  Defendant MARTIN FERNANDEZ failed to inform the Social Security Administration that his wife was deceased.

1

6. Defendant MARTIN FERNANDEZ withdrew monies on a regular basis from the bank account containing the Social Security deposits and utilized those funds for his personal benefit.

### Counts 1 - 2

6. On or about the dates set forth below, within the Southern District of California, defendant MARTIN FERNANDEZ did knowingly embezzle, steal, purloin, and convert to his own use and did cause to be converted to his own use monies belonging to the United States in approximate amounts as set forth below:

| Count | Date | Amount |
|---|---|---|
| 1 | 09/7/01 | $899.00 |
| 2 | 10/5/01 | $899.00 |

DATED: August 15, 2006

CAROL C. LAM
United States Attorney

Anne Kristina Perry
Assistant U.S. Attorney

2