















JMJ    8/24/06    13:15
3:06-CR-01805   USA V. FERNANDEZ
*4*
*CRFTAPMO.*



# Minutes of the United States District Court
## Southern District of California
### Wednesday, August 16, 2006

**For the Honorable:**   Leo S. Papas   Magistrate Judge

**Deputy Clerk:**   T. Lopez

**On Calendar:**

06CR1805-BTM

USA  VS  MARTIN FERNANDEZ (1)

THOMAS GRIMES (RETD)

AUSA:  ANNE PERRY

18 USC 641

FIRST APPEARANCE
MISD DISPOSITION

**Minutes:**
**Tape No: LSP06-2:55-3:14**

**DEFT ARRAIGNED ON MISDEMEANOR INFORMATION**

**COURT SETS OWN RECOGNIZANCE (O/R) BOND**
**ABSTRACT ISSUED TO USM**

**FILED PLEA AGREEMENT**
**DEFT TENDERS GUILTY PLEA TO COUNTS ONE AND TWO OF MISDEMEANOR INFORMATION**
**REFER TO U.S. PROBATION FOR CRIMINAL HISTORY REPORT**

**ACCEPT PLEA WITHOUT PO REPORT AND SENTENCING SET FOR 09/19/06 AT 9:30AM**
**BEFORE MAGISTRATE JUDGE PAPAS**

4
JM J