

# Minutes of the United States District Court
## Southern District of California
### Tuesday, September 19, 2006

2006CR01805-BTM

**For the Honorable:** Leo S. Papas   Magistrate Judge
**Deputy Clerk:** T. Lopez

On Calendar:

2006CR01805-BTM

USA vs.

(1) MARTIN  FERNANDEZ (R)
MTD: 10-25-2006

Lang Booking #
ENG 95349198   (1) Thomas V. Grimes  RET
760 439-1800
Anne Kristina Perry  AUSA
619 557-5610

SENTENCING W/O PO REPORT  (1)

Judge Assignments:   (1) LSP

Minutes:
Tape No: LSP06-9:33-9:41

CT 1:  DEFT IS PLACED ON 5 YEARS SUPERVISED PROBATION
$25.00 PENALTY ASSESSMENT PAYABLE FORTHWITH
FINE WAIVED
$90,000.00 RESTITUTION
BOND EXONORATED.