UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06CR1805-BTM |
| v. | JUDGMENT AND COMMITMENT |
| MARTIN FERNANDEZ | THOMAS GRIMES |
| | Defendant's Attorney |

REGISTRATION NO. 95349198

VIOLATION: 18 USC 641 - THEFT OF GOVERNMENT PROPERTY (MISDEMEANOR)

_x_ Defendant pleaded guilty to count 1.
___ Count(s) _____ dismissed on the government's oral motion.

**FILED**
SEP 1 9 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JUDGMENT AND COMMITMENT**

_x_ Defendant is adjudged guilty on count ONE (1).

_x_ SUPERVISED Probation for a term of FIVE (5) YEARS
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
_x_ not possess any firearm, destructive device or any other dangerous weapon
_x_ submit to a search of person, property, residence, abode or vehicle at a reasonable time and in a reasonable mannter by the probation officer
_x_ defendant shall serve the first 6 months of probation as home detention.
_x_ Probation may become unsupervised after 1 year upon establishing a consistent routine of submitting payments to the government as part
_x_ of his financial obligation.
_x_ Restitution of $90,000.00. Payment schedule of $500.00 per month to begin on 11-1-06 and payable on the first of every month thereafter
or a lump sum payment until total amount paid in full
_x_ Payable to: Social Security Administration, Debt Management Section, Attn: Court Refund
PO Box 2861, Philadelphia, PA 19122
_x_ Penalty assessment of $ 25.00 payable forthwith.
_x_ Fine waived    ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

September 19, 2006
Date of Imposition of Sentence

LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE
Entered on: