| | |
|---|---|
| 1 | CAROL C. LAM |
| | United States Attorney |
| 2 | KATHLEEN W. CLARK |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 168644 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5573(619) 557-5401 (Fax) |
| | Email:Kathleen.Clark@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR1805-BTM | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | NOTICE OF APPEARANCE | |
| v. | ) | | |
| | ) | | |
| MARTIN FERNANDEZ, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

Kathleen.Clark@usdoj.gov

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  <u>Name</u> (If none, enter "None" below)

6  None

8  Please call me if you have any questions about this notice.

9  DATED: October 20, 2006

Respectfully submitted,

CAROL C. LAM
United States Attorney

s/Kathleen W. Clark
_____
KATHLEEN W. CLARK
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Kathleen.Clark@usdoj.gov

Notice of Appearance
United States v. Martin Fernandez            2                                06CR1805-BTM